UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT COUNCIL
OF SOUTHERN OHIO & VICINITY
BENEFIT TRUST, *et al.*,                                   Case No. 3:14-cv-368

      Plaintiffs,
vs.

K-COR, LLC, *et al.*,                                              District Judge Thomas Rose
                                                                     Magistrate Judge Michael J. Newman

      Defendant.

---

**ORDER: (1) GRANTING THE MOTION TO WITHDRAW AS COUNSEL (DOC. 42); AND (2) STAYING THIS CASE WITH REGARD TO ALL REMAINING CLAIMS**

---

      This case is presently before the Court on defense counsel's unopposed motion to withdraw from representation. Doc. 42. At this time, the only party remaining in this case is Defendant Walker, who does not oppose the withdrawal of counsel on his behalf. *See id*. at PageID 391-92. For good cause shown, and absent any objection, the motion is **GRANTED**.

      Pursuant to the Suggestion of Bankruptcy filed on March 1, 2016 (doc. 43) advising the Court of Defendant's bankruptcy filing, the Court hereby **ORDERS** this case **STAYED** under 11 U.S.C. § 362(a), pending conclusion of Defendant Walker's bankruptcy proceedings. Plaintiff shall keep the Court apprised of the status of his bankruptcy case by filing a status report in the present case every six (6) months beginning on the date of this Order. Plaintiff shall also notify the Court within 30 days after the bankruptcy is resolved. If this case becomes moot as a result of the bankruptcy proceedings, Plaintiff shall likewise notify the Court within 30 days.

      **IT IS SO ORDERED.**

Date:  March 4, 2016                         *s/ Michael J. Newman*
                                                           Michael J. Newman
                                                           United States Magistrate Judge